■ MATEFLEX-MELE CORPORATION, Respondent, v MARTIN SWARZMAN, Appellant.—Order unanimously affirmed, with costs, for the reasons stated at Special Term, Stone, J. (Appeal from order of Oneida Supreme Court—

vacate default.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.